Matter of Karen W. v Roger S. (2004 NY Slip Op 51798(U))

[*1]

Matter of Karen W. v Roger S.

2004 NY Slip Op 51798(U)

Decided on December 22, 2004

Family Court, Dutchess County

Amodeo, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 22, 2004

Family Court, Dutchess County
In the Matter of a Proceeding Under Article 6 of the FCA Karen W., Petitioner,
against
Roger S., Respondent.

Opinion withdrawn from on-line publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 2004 NY Slip Op 24563.